**UNITED STATES BANKRUPTCY COURT**
**WESTERN DIVISION OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE:<br>CYNTHIA GAYTAN<br><br>**Debtor** | CASE NO: BKS-07-53077 A998<br><br>CHAPTER 13 |

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on November 20, 2007. The Court Confirmed Debtor's plan on March 14, 2008.

2. FRIEDMANS JEWELERS INC, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $2,197.92, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursement Check** |
|---|---|
| FRIEDMANS JEWELERS INC<br>P O BOX 3999<br>SAINT JOSEPH, MO 64503-0999 | $2,197.92 |

Respectfully submitted,

/s/ Mary K. Viegelahn

MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
909 N.E. Loop 410, Suite 400
San Antonio, TX 78209
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: CHAPTER 13

**CYNTHIA GAYTAN**

DEBTOR(S) CASE NO.: **07-53077 A998**

**CERTIFICATE OF SERVICE**
------------------------------------

I hereby certify that a true and correct copy of the attached document was served **March 04, 2013** by First Class Mail, upon the following:

Debtor(s):
CYNTHIA GAYTAN
219 W. THEO APT 2
SAN ANTONIO, TX 78214

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

| | |
|---|---|
| FRIEDMANS JEWELERS INC<br>P O BOX 3999<br>SAINT JOSEPH, MO 64503-0999 | Attorney For Debtor(s)<br>JAN PERRY LEDERER<br>750 E MULBERRY AVE #401<br>SAN ANTONIO, TX 78212-3154 |

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee